UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Bryan L. Robinson #188493

Case No.  15-mc-80160-JD

**ORDER OF SUSPENSION**

Because Bryan L. Robinson has failed to respond to the Order to Show Cause, Bryan L. Robinson's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: May 3, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Bryan L. Robinson #188493 | Case No.  15-mc-80160-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 5/3/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

BRYAN L. ROBINSON
945 TARAVAL ST PMB 403
SAN FRANCISCO, CA 94116

Dated: 5/3/2016

Susan Y. Soong
Clerk, United States District Court

By: _____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28